**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X
JOSEPH PANTILIANO, on behalf of himself
and all others similarly situated,

                      Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES,
LLC and JOHN DOES 1-25,

                      Defendants.
---------------------------------------------------------------X

Civil Case No.: 2:18-CV-0371 1 -KM-CLW

**NOTICE OF VOLUNTARY**
**DISMISSAL**

NATALIE CADILLO, on behalf of herself and all others
similarly situated,

                      Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN
DOES 1-25,

                      Defendants.
---------------------------------------------------------------X
CARL GREEN, on behalf of himself and all others similarly
situated,

                      Plaintiff,

        v.

PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN
DOES 1-25,

                      Defendants.
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the Plaintiffs, pursuant to Rule 41, of the Federal Rules of Civil Procedure, do hereby withdraw this action, *on consent*, with prejudice against PORTFOLIO RECOVERY ASSOCIATES, LLC, and JOHN DOES 1-25.

Dated: June 12, 2020

| | |
|---|---|
| */s/ Benjamin J. Wolf*<br>Jones, Wolf & Kapasi, LLC<br>Benjamin J. Wolf, Esq.<br>One Grand Central Place<br>60 East 42nd Street, 46th Floor<br>New York, New York 10165<br>(646) 459 7971 telephone<br>bwolf@legaljones.com<br>*Attorneys for Plaintiff, Natalie Cadillo* | */s/ Jarrod D. Shaw*<br>McGwire Woods, LLP<br>Jarrod D. Shaw, Esq.<br>Tower Two-Sixty<br>260 Forbes Avenue, Suite 1800<br>Pittsburgh, Pennsylvania 15222<br>(412) 667 7907 telephone<br>jshaw@mcguirewoods.com<br>*Attorneys for Defendant, Portfolio* |
| */s/ Ryan L. Gentile*<br>Law Offices of Gus Michael Farinella, PC<br>Ryan L. Gentile, Esq.<br>110 Jericho Turnpike - Suite 100<br>60 East 42nd Street, 46th Floor<br>Floral Park, NY 11001<br>(201) 873-7675 telephone<br>rlg@lawgmf.com<br>*Attorneys for Plaintiff, Joseph Pantiliano* | */s/ Glenn A. Chulsky*<br>Chulsky Kaplan, LLC<br>Glenn A. Chulsky, Esq.<br>280 Prospect Avenue, 6G<br>Hackensack, New Jersey 07601<br>g.chulsky@att.net<br>201-803-6611<br>*Attorneys for Plaintiff, Carl Green* |

**SO ORDERED**

**/s/ Kevin McNulty**
**Hon. Kevin McNulty**
**United States District Judge**